**MEMO ENDORSED**

April 7, 2025

<u>**VIA ELECTRONIC FILING VIA PACER**</u>

District Judge, Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

<u>**JOINT REQUEST FOR ADJOURNMENT**</u>

Re: *Ramos v. AMF Bowling Centers, Inc.*
<u>Docket No..: 7:22-cv-09109</u>

Dear Hon. Roman:

Our firm represents the defendant in the above referenced matter. This letter is being submitted on behalf of both parties, respectfully requesting an adjournment of the conference currently scheduled for April 11, 2025.

The reason for this request is that discovery remains ongoing. We do note that the parties have been working expeditiously with Magistrate McCarthy. The bulk of discovery has been completed, however, additional items remain outstanding, and the Magistrate has scheduled a further telephonic status conference for April 30, 2025.

We thank the Court for its attention to this matter. Please let the parties know if anything further is needed at the present time.

Respectfully Submitted,

*Wilson Elser Moskowitz Edelman & Dicker, LLP*

/s/ *Tyler J. Martin*

Mirman Markovits & Landau, P.C.

/s/ *Jeannie Rivera*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2025

311183073v.1

**In light of outstanding discovery issues and a further teleconf. with Judge McCarthy, the Court GRANTS the parties' request to adjourn the next Status Teleconf. before Judge Roman scheduled for April 30, 2025 (not April 11, 2025) to May 30, 2025 at 10:00 am. To access the Webex Teleconf.: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855; and (3) press pound # to enter the teleconf. Clerk of Court is requested to terminate the motion at ECF No. 25.**
**Dated: White Plains, NY**
**April 11, 2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE